**Slip Op. 99-115**

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

_____
                                      :
SKF USA INC., SKF FRANCE S.A.         :
and SARMA,                            :
                                      :
              Plaintiffs,             :
                                      :
              v.                      :   Consol. Court No.
                                      :   97-01-00054
THE UNITED STATES,                    :
                                      :
              Defendant,              :
                                      :
THE TORRINGTON COMPANY,               :
                                      :
         Defendant-Intervenor.        :
_____:

### JUDGMENT

This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, SKF USA Inc. v. United States, 23 CIT __, Slip Op. 99-56 (June 29, 1999) ("Remand Results"), and Commerce having complied with the Court's remand, and no responses to the Remand Results having been submitted by the parties, it is hereby

**ORDERED** that the Remand Results filed by Commerce on September 10, 1999 are affirmed in their entirety; and it is further

**ORDERED** that since all other issues have been decided, this case is dismissed.

                          _____
                          NICHOLAS TSOUCALAS
                          SENIOR JUDGE


Dated:    October 28, 1999
          New York, New York